UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:22-cv-03929-ODW (SKx) | Date | November 8, 2022 |
|---|---|---|---|
| Title | *Hera Print Inc. v. Walmart Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

On September 1, 2022, the Court issued an Order Scheduling Meeting of Counsel and Scheduling Conference ("Order") setting the Scheduling Conference for November 14, 2022. (Order, ECF No. 14.) In accordance with Federal Rule of Civil Procedure 26(f)(2), the Order required the parties to file a joint report at least seven days before the date of the Scheduling Conference. (*Id.* at 2.) The Court further warned the parties that, "**The failure to submit a joint report in advance of the Scheduling Conference . . . may result in the dismissal of the action, striking the answer and entering a default, or the imposition of sanctions**." (*Id.* at 4.)

To date, the parties have not filed a joint report. Accordingly, the Court **VACATES** the Scheduling Conference. The Court **ORDERS** the parties **TO SHOW CAUSE**, in writing, by **November 16, 2022**, why: 1) they have not complied with the Court's Order and the Federal Rules of Civil Procedure; and 2) the Court should not sanction the parties. The Court will discharge this Order upon the filing of a satisfactory Rule 26(f) Report.

Failure to comply with this Order may result in dismissal of this action for lack of prosecution, entry of default judgment, or other sanctions, as appropriate.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |